BROWN,
Chief Judge, concurring.
| defendant agreed to plead guilty to two counts of simple burglary with concurrent sentences. Thus, his sentencing exposure was reduced by one half or “capped” at 12 years.
La. C. Cr. P. art. 881.2(A)(2) provides that a defendant cannot appeal or seek review of a sentence imposed in conformity with a plea agreement which was set forth in the record at the time of the plea. This provision applies both to agreed upon sentences and agreed upon “ceilings,” “ranges,” or “caps.” State v. Young, 96-0195 (La.10/15/96), 680 So.2d 1171; State v. Burford, 39,801 (La.App. 2d 06/29/05), 907 So.2d 873; State v. Rice, 26,478 (La. App. 2d Cir.12/07/94), 648 So.2d 426, unit denied, 95-0431 (La.06/16/95), 655 So.2d 340.